| | |
|---|---|
| 1 | THE RESTIS LAW FIRM, P.C. |
| 2 | William R. Restis, Esq. (SBN 246823) |
|   | william@restislaw.com |
| 3 | 402 W. Broadway, Suite 1520 |
|   | San Diego, California 92101 |
| 4 | Telephone: +1.619.270.8383 |

[Additional Counsel Listed On Signature Page]

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDER ADAME, individually and on behalf of all others similarly situated, | **Case No: 5:20-cv-01769-LHK** |
| Plaintiff, | ***AMENDED* NOTICE OF RELATED CASES** |
| v. | |
| ROBINHOOD FINANCIAL, LLC, a Delaware limited liability company, ROBINHOOD SECURITIES, LLC, a Delaware limited liability company, and ROBINHOOD MARKETS, INC., a Delaware corporation, | |
| Defendants. | |

Pursuant to Local Civil Rule 3-12 of the Northern District of California, Plaintiff Alexander Adame ("Plaintiff"), by and through his attorneys, hereby submits this Notice of Related Cases, and states that Plaintiff is aware of the following actions previously filed or currently pending in the United States District Court, Northern District of California, or any other court, arising from substantially the same or closely related parties, property, transactions, or events that would call for determination of the same or substantially related questions of law and fact:

(1) *Beckman v. Robinhood Financial, LLC, et al.*, No. 5:20-cv-01626-JD (N.D. Cal.);

(2) *Steinberg v. Robinhood Markets, Inc.*, No. 20-cv-01482 (San Mateo County Sup. Ct.);

(3) *Taaffe v. Robinhood Markets, Inc, et al.*, No. 8:20-cv-00513 (M.D. Fla.);

(4) *Prendergast v. Robinhood Financial, LLC, et al.,* No. 5:20-cv-01877-SVK (N.D. Cal.); and

(5) *Johann, et al. v. Robinhood Financial, LLC, et al.*, No. 5:20-cv-01909-NC (N.D. Cal.).

**THE RESTIS LAW FIRM, P.C.**

Dated: March 19, 2020

/s/ William R. Restis
William R. Restis, Esq.
william@restislaw.com
402 W. Broadway, Suite 1520
San Diego, CA 92101
Tel: (619) 270-8383

**LITE DEPALMA GREENBERG, LLC**
Joseph J. DePalma*
jdepalma@litedepalma.com
Steven J. Greenfogel*
sgreenfogel@litedepalma.com
Jeremy Nash*
jnash@litedepalma.com
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858

*Attorneys for Plaintiff and the Putative Class*

* Applications for these attorneys to appear before this Court *pro hac vice* are forthcoming and shall be filed at an appropriate time.